**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HRB Tax Group, Inc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **Case No. 10-cv-01946 (RWS)** |
| vs. | ) | |
| | ) | |
| HSBC Bank USA, National Association, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO CONTINUE PRELIMINARY INJUNCTION HEARING**

Plaintiffs HRB Tax Group, Inc., H&R Block Tax Services LLC, H&R Block Enterprises LLC, H&R Block Eastern Enterprises, Inc., and H&R Block, Inc., and Defendants HSBC Taxpayer Financial Services Inc., Beneficial Franchise Company, Inc., HSBC Finance Corporation, HSBC Bank USA, National Association, and HSBC Trust Company (Delaware), N.A., jointly move to continue the Preliminary Injunction Hearing currently scheduled for Wednesday, November 17, 2010 to Monday, November 29, 2010.

Respectfully submitted,

STINSON MORRISON HECKER LLP

By *__/s/ John R. Munich__*

John R. Munich – E.D. Mo. No. 31474
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
314-863-0800
Fax: 314-863-9388
jmunich@stinson.com

O'MELVENY & MYERS LLP

Andrew J. Frackman (admitted *pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036
212-326-2017

ATTORNEYS FOR PLAINTIFFS

David B. Bergman (admitted *pro hac vice*)
Arnold & Porter LLP
555 Twelfth Street N.W.
Washington, DC 20004
202.942.5000
202.942.5999 (fax)

*/s/ Christopher M. Hohn* (with consent)____
Christopher M. Hohn (E.D. MO No. 44124)
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
314.552.6159
314.552.7159 (fax)

ATTORNEYS FOR DEFENDANTS

SO ORDERED:

__________________________
United States District Judge

**CERTIFICATE OF SERVICE**

On November 16, 2010, a copy of the foregoing document was filed using the Court's CM/ECF system, which provides service on all counsel of record who have registered for ECF.

*s/John R. Munich*
Attorney for Plaintiffs